**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DAVID WYGOCKI,**

      **Plaintiff,**                CIVIL ACTION NO. 15-cv-12488

      v.                              DISTRICT JUDGE ARTHUR J. TARNOW

**DR. LAWSON, et al.,**         MAGISTRATE JUDGE MONA K. MAJZOUB

      **Defendants.**

_____/

### ORDER AMENDING DOCKET TO CORRECT SPELLING OF DEFENDANT LARSON'S NAME AND DIRECTING SERVICE AS TO DEFENDANT LARSON

Plaintiff filed this *pro se* prisoner civil rights action on July 13, 2015, pursuant to 42 U.S.C. § 1983, alleging that Defendants Dr. Lawson and Nurse Daughters were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment to the United States Constitution. (Docket no. 1.) This action has been referred to the undersigned for all pretrial purposes. (Docket no. 12.)

In letters filed on July 27, 2015 and August 13, 2015, Plaintiff informed the Court that he misspelled one of the defendants' names in his Complaint. (Docket nos. 7 and 8.) Specifically, Plaintiff indicated that he incorrectly named Dr. Lawson, rather than Dr. Larson, as a defendant in this matter. (*Id.*) Soon thereafter, the Court received notice from Corizon Health that it did not employ Dr. Lawson and that it was therefore unable to accept service of the Complaint on Dr. Lawson's behalf. (Docket no. 9.) Accordingly, the Court will construe Plaintiff's Complaint (docket no. 1) to name Dr. Larson as a defendant, order that the docket in this matter be amended

to reflect the correct spelling of Defendant Dr. Larson's name, and direct the United States Marshals Service to serve the Complaint on Defendant Dr. Larson.

**IT IS THEREFORE ORDERED** that the docket in this matter, including the case caption, be amended to reflect the correct spelling of Defendant Dr. Larson's name.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service serve the Complaint and a copy of this Order on Defendant Dr. Larson without prepayment of costs. The U.S. Marshals Service may collect the usual and customary costs from Plaintiff after effecting service.

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: May 3, 2016         s/ Mona K. Majzoub
                           MONA K. MAJZOUB
                           UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Plaintiff David Wygocki and counsel of record on this date.

Dated: May 3, 2016         s/ Lisa C. Bartlett
                           Case Manager