UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID WYGOCKI,

        Plaintiff,

v.

DR. LAWSON, ET. AL.,

        Defendant.

_____/

Case No. 15-12488

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
MONA K. MAJZOUB

**ORDER ADOPTING REPORT AND RECOMMENDATION [22]; GRANTING IN PART DEFENDANT'S MOTION TO DISMISS [11]**

On August 8, 2016, Magistrate Judge Majzoub issued a Report and Recommendation [22] on Defendant Dauter's Motion to Dismiss [11]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the Motion to Dismiss and the Report and Recommendation [22] granting in part Defendant Dauter's Motion to Dismiss, the Report and Recommendation is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Defendant Larson remains a party to the case with a pending Motion for Summary Judgment before the Magistrate [21]. Accordingly,

1

**IT IS ORDERED** that Defendant Dauter's Motion to Dismiss [11] is **GRANTED** insofar as she seeks dismissal of Plaintiff's claims against her, and **DENIED** insofar as Defendant Dauter's seeks qualified immunity.

**SO ORDERED**.

|  |  |
|---|---|
|  | s/Arthur J. Tarnow |
|  | Arthur J. Tarnow |
| Dated: September 19, 2016 | Senior United States District Judge |