UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID WYGOCKI,

        Plaintiff,

Case No. 15-12488

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

v.

DR. LARSON, ET. AL.,

        Defendants.

U.S. MAGISTRATE JUDGE
MONA K. MAJZOUB

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [27]; GRANTING IN PART DEFENDANT LARSON'S MOTION FOR JUDGMENT ON THE PLEADINGS [21]; DISMISSING UNNAMED DEFENDANT AND DISMISSING PLAINTIFF'S COMPLAINT IN ITS ENTIRETY**

On January 4, 2017, Magistrate Judge Majzoub issued a Report and Recommendation [27] on Defendant Larson's Motion for Judgment on the Pleadings [21]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the Motion for Judgment on the Pleadings and the Report and Recommendation [27] granting in part Defendant Larson's Motion for Judgment on the Pleadings [21], dismissing unnamed Defendant, and dismissing Plaintiff's Complaint in its Entirety, the Report and Recommendation

[27] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Defendant Larson's Motion for Judgment on the Pleadings [21] is **GRANTED** insofar as she seeks dismissal of Plaintiff's claims against her, and **DENIED** insofar as Defendant Larson requests costs and attorneys' fees.

IT IS FURTHER ORDERED that the unnamed Defendant is dismissed and Plaintiff's complaint is dismissed in its entirety.

SO ORDERED.

s/Arthur J. Tarnow
Arthur J. Tarnow
Dated: February 17, 2017          Senior United States District Judge